**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEVEN BENDER,<br>Plaintiff,<br><br>v.<br><br>BOROUGH OF PEN ARGYL,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-03641-JMG |

**ORDER**

**AND NOW,** this 28th day of September, 2026, upon consideration of Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(B)(6) of Defendant, Borough of Pen Argyl (ECF No. 8), and Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF No. 9), **IT IS HEREBY ORDERED** the Motion (ECF No. 8) is **GRANTED.** Plaintiff's claims are dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff shall have until October 19, 2026 to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge